UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**INTEGON NATIONAL INSURANCE COMPANY,**

    **Plaintiff,**

v.                                         Case No. 3:14cv91/MCR/EMT
**GULF SOUTH CONTRACTORS, INC., et al.,**

    **Defendants.**
_____ /

## ORDER

Plaintiff filed this lawsuit on February 21, 2014 seeking declaratory relief related to an automobile insurance policy. Now pending before the Court is Plaintiff's Motion for an Extension of Time to Perfect Service of Process as to Defendant Gulf South Contractors, Inc. (doc. 6). A defendant must be served a summons and a copy of the complaint within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m). The Court must extend the time for service upon a showing of good cause. *Id.* The time for serving Defendants in this case expires on June 23. Plaintiff states it has been unable to locate Defendant Gulf South Contractors, Inc. and requests an additional 120 days to perfect service. Having fully considered the matter, the Court finds that the Motion is due to be granted but that an additional 120 days is excessive. Accordingly, Plaintiff's Motion (doc. 6) is **GRANTED**, and the deadline for serving process to Defendant Gulf South Contractors, Inc is extended to **Friday, August 22, 2014**, which is 60 days' additional time from the June 23 deadline.[1]

**DONE and ORDERED** this 18th day of June, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Court expects Plaintiff to act diligently and complete service of process as soon as possible.

Case No. 3:14cv91/MCR/EMT